# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>DAQUAN DEVONTE JETER<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:25-mj-00076-WCM<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 23, 2025   in the county of   Mecklenburg   in the   Western   District of   North Carolina  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒   Continued on the attached sheet.

/s/ Eric Gavin
*Complainant's signature*

Eric Gavin, Special Agent, ATF
*Printed name and title*

Sworn in accordance with Rule 4.1.

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date:  03/26/2025

City and state:   Asheville, North Carolina     Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*